**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **LENTHELL LAVINE ROSEMOND** | § § | |
| **VS.** | § § | **NO. 3:08-CV-0971-D** <br> **NO. 3:90-CR-325-D** |
| **UNITED STATES OF AMERICA** | § § | |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

November 25, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE